# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 196 WAL 2021
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
ANGELO WEEDEN, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of May, 2022, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:

Whether a "Shotspotter Investigative Lead Summary" written report, which purports to show the time and location of a shooting incident and was offered as substantive evidence to the jury at trial, is testimonial in nature and subject to the protections afforded under the Confrontation Clause enshrined in the Sixth Amendment of the United States Constitution and Article I, Section 9 of the Pennsylvania Constitution.